UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A&R REAL ESTATE, INC.,

                Plaintiff,

      v.

DORIAN NEW YORK LLC and DORYA USA, LLC,

                Defendants.

**ORDER**

20 Civ. 6976 (ER)

RAMOS, D.J.

      During the pre-motion conference held on December 15, 2021, the Court extended discovery by 30 days to January 14, 2022 and directed the parties to submit, on consent, a proposed summary judgment briefing schedule at the completion of discovery. To date, the parties have not done so.

      The parties are hereby directed to submit a joint status report by **April 15, 2022.**

      It is SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                Edgardo Ramos, U.S.D.J.