UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A&R REAL ESTATE, INC.,

                Plaintiff,

      v.

DORIAN NEW YORK LLC and DORYA USA, LLC,

                Defendants.

**ORDER**

20 Civ. 6976 (ER)

RAMOS, D.J.

      During the pre-motion conference held on December 15, 2021, the Court extended discovery by 30 days to January 14, 2022 and directed the parties to submit, on consent, a proposed summary judgment briefing schedule at the completion of discovery. On April 12, 2022, the Court directed the parties to submit a joint status report. Doc. 29. The parties reported on April 15, 2022 that they expected discovery to be completed by May 3, 2022 and that they would meet and confer regarding a briefing schedule for summary judgment motions. Since then, no action has occurred in this case.

      The parties are hereby directed to submit a joint status report by **October 14, 2022.**

      It is SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                                Edgardo Ramos, U.S.D.J.