UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A&R REAL ESTATE, INC.,

                Plaintiff,

    -v-

DORIAN NEW YORK LLC and DORYA USA, LLC,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6976 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **October 11, 2023**, the parties shall file a joint letter advising whether they would like

the Court to conduct a settlement conference.

Dated:      New York, New York
              September 27, 2023

                        SO ORDERED.

                        _____
                        **SARAH L. CAVE**
                        **United States Magistrate Judge**