UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A&R REAL ESTATE, INC.,

          Plaintiff,

-v-

DORIAN NEW YORK LLC and DORYA USA, LLC,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 6976 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **June 24, 2024**, the parties shall file a joint letter advising whether they would like the Court to conduct a settlement conference.

Dated:    New York, New York
          June 17, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge