UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| A & R REAL ESTATE INC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:20-CIV-06976 (ER) |
| | ) | |
| v. | ) | |
| | ) | |
| DORIAN NEW YORK, LLC and DORYA | ) | [~~PROPOSED~~] ORDER DIRECTING |
| USA, LLC | ) | ENTRY OF FINAL JUDGMENT |
| Defendant. | ) | |
| | ) | |

Pursuant to the Court's prior orders in this action dated April 8, 2026 [Dkt # 85], February 19, 2026 (the "2026 Order") [Dkt # 81] and January 7, 2025 (the "2025 Order") [Dkt # 77], Plaintiff is entitled to recover damages in the amounts specified below from Defendants.

As to Defendant Dorian New York, LLC, Plaintiff shall recover:

| | |
|---|---|
| Rent: | $2,036,857.01, per 2025 Order at 12 |
| Interest thereon | |
| through March 2026: | $528,113.12 |
| Brokerage (with interest): | $221,418.93 |
| Electrical (with interest): | $ 16,287.52 |
| Late charges: | $ 14,000 |
| Attorneys' fees: | $288,588.16, per 2026 Order at 3. |

**Total due from Defendant Dorian New York, LLC
as of March 31, 2026:**          **$3,105,264.74**

As to Defendant Dorya USA, LLC, Plaintiff shall recover:

| | |
|---|---|
| Rent: | $240,000, per 2025 Order at 16. |
| Interest thereon | |
| through March 31, 2026: | $148,127.67 |
| Electrical (with interest): | $ 8,596.38 |
| Late charges: | $ 1,500.00 |
| Attorneys' fees: | $300,808.16, per 2026 Order at 4 n. 4. |

**Total due from Dorya USA, LLC
as of March 31, 2026:**          **$699,032.21**

The Clerk of the Court is directed to enter judgment accordingly.  Plaintiff shall be entitled to post-judgment interest thereon as allowed by law.

It is SO ORDERED.

Dated: April  9 , 2026
         New York, New York

_____
Edgardo Ramos, U.S.D.J.