**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 A & R REAL ESTATE INC,

                           Plaintiff,

         -against-                              20 **CIVIL** 6976 (ER)

                                                **JUDGMENT**

DORIAN NEW YORK, LLC and DORYA
USA, LLC,

                         Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 9, 2026, Plaintiff is entitled to recover damages from Defendant Dorian New York, LLC in the amount of $3,105,264.74 and from the Defendant Dorya USA, LLC in the amount of $699,032.21 as of March 31, 2026. Plaintiff shall be entitled to post-judgment interest thereon as allowed by law.

**Dated:** New York, New York

      April 10, 2026

                                       **TAMMI M. HELLWIG**

                                       **Clerk of Court**

                  **BY:**

                                     **Deputy Clerk**